ELIZABETH CRANDALL, Respondent, *v.* CITY OF AMSTERDAM, Appellant.

Argued January 11, 1939; decided February 21, 1939.

*Harry V. Borst, Corporation Counsel (Timothy F. Cohan* of counsel), for appellant.

*Charles E. Hardies* and *Floyd J. Reinhart* for respondent.

Judgment affirmed, with costs. (See *Cosgrove* v. *City of Newburgh,* 273 N. Y. 542.) No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.